End Time 2:59 pm

Proceeding via: ☐CourtFlow ☐AT&T

DOCKET No. 26cr014

DEFENDANT Celso Moreira Heredia

AUSA Jeff Coyle

DEF.'S COUNSEL Telemachus Kasulis
☐ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☑ PRESENTMENT ONLY

☑ spanish          INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.

DATE OF ARREST 6/18/26

☐ VOL. SURR.

☐ Other: _____

TIME OF ARREST 7pm

☐ ON WRITT

TIME OF PRESENTMENT 2:48pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☑ DETENTION ON CONSENT W/O PREJUDICE        ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS      ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

Medical Order Issued 7245-512 BOP #

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY           ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED     ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____     ☐ ON DEFENDANT'S CONSENT

DATE: 6/22/26

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE      PINK – U.S. ATTORNEY'S OFFICE      YELLOW – U.S. MARSHAL      GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016