UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                No.  26-CR-14-LTS-1

**Celso Moreira Heredia**                              ORDER

        Defendant.

--------------------------------------------------------x

An arraignment and Initial Pretrial Conference is hereby scheduled for **7/6/2026, at 2:30 PM** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York           _/s/ Laura Taylor Swain_____
       6/24/2026                    LAURA TAYLOR SWAIN
                                   Chief United States District Judge