UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 26 Cr. 00014 (LTS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CELSO MOREIRA HEREDIA,

    Defendant.

_____

## MOTION FOR ADMISSION *PRO HAC VICI*

The undersigned respectfully moves this Court for admission *pro hac vice* pursuant to the Local Rules of the United States District Court for the Southern District of New York. In support of this Motion, undersigned counsel states:

1.  My name is Silvia B. Piñera-Vazquez.

2.  I am a member in good standing of The Florida Bar and am admitted to practice before the following courts:

    Florida State Courts
    United States District Court for the Southern District of Florida;
    United States District Court for the Middle District of Florida;
    United States Court of Appeals for the Eleventh Circuit;
    United States Supreme Court.

3.  I maintain my law office at:

    Piñera-Vazquez Law Firm, P.A.
    901 Ponce de Leon Boulevard
    Suite 400
    Coral Gables, Florida 33134
    T.  305.443.0629
    E.  sbp@pineravazquezlaw.com

4.  I seek admission *pro hac vice* for the purpose of representing defendant Celso Moreira Heredia in the above-captioned criminal proceeding.

5.  Attached is the Affidavit of Silvia B. Piñera-Vazquez with a Certificate of Good Standing issued within the past thirty (30) days from each jurisdiction in which I am admitted, as required by the Local Rules (Exhibit "A:"); and the proposed Order ("Exhibit "B").

**WHEREFORE**, the undersigned respectfully requests that this Court enter the attached Order admitting Silvia B. Piñera-Vazquez, Esq., *pro hac vice* in this matter.

Respectfully submitted,

**PIÑERA-VAZQUEZ LAW FIRM**

/s/ Silvia B. Piñera-Vazquez
Silvia B. Piñera-Vazquez
901 Ponce de Leon Blvd.
Suite 400
Coral Gables, Florida 33134
T.  305.443.0629
E.  sbp@pineravazquezlaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2026 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ Silvia B. Piñera-Vazquez
Silvia B. Piñera-Vazquez, Esq.