UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 26 Cr. 00014 (LTS)

UNITED STATES OF AMERICA,

v.

CELSO MOREIRA HEREDIA,

       Defendant.

_____

                **AFFIDAVIT OF
SILVIA B. PIÑERA-VAZQUEZ
IN SUPPORT OF MOTION TO
ADMIT *PRO HAC VICI***

       I, Silvia B. Piñera-Vazquez, being duly sworn, hereby states and declares as follows:

    1.   I am a partner with the law firm of Piñera-Vazquez, P.A.

    2.   I submit this affidavit in support of my Motion for Admission to Practice *pro hac vici* in the above-captioned matter.

    3.   As demonstrated in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the State of Florida.

    4.   There are no pending disciplinary proceedings against me in any State or Federal court.

    5.   Accordingly, I respectfully request to be permitted to appear as counsel and advocate *pro hac vici* in this case on behalf of Celso Moreira Heredia.

                  PIÑERA-VAZQUEZ LAW FIRM

                  Silvia B. Piñera-Vazquez
                  901 Ponce de Leon, Suite 400
                  Coral Gables, Florida
                  Tel: (305) 443-0629

Sate of Florida
Miami-Dade County

       Before me appeared, Silvia B. Piñera-Vazquez, who is personally known to me. Sworn to and subscribed in my presence this 29th day of June 2026.

                  Notary Public
                  State of Florida

YANIRA VAZQUEZ
Notary Public - State of Florida
Commission # HH 638040
My Comm. Expires Feb 9, 2029
Bonded through National Notary Assn.



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida    )

County of Leon    )

In Re:  0821527
Silvia Beatriz Pinera-Vazquez
Pinera-Vazquez Law Firm
901 Ponce De Leon Blvd Ste 400
Coral Gables, FL 33134-3070

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 6, 1989**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  29th  day of **June, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-420017

