UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 26  Cr.00 014 (LTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

CELSO MOREIRA HEREDIA,

Defendant.

_____

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* of Silvia B. Piñera-Vazquez, Esq., and the accompanying Affidavit and Certificate of Good Standing, it is hereby

**ORDERED** that Silvia B. Piñera-Vazquez, Esq. is admitted *pro hac vice* for purposes of representing defendant **CELSO MOREIRA HEREDIA** in this action.

**SO ORDERED**.

_____
LAURA TAYLOR SWAIN
Chief United States District Judge

Dated: _____

cc.    Counsel of Record