UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - v -

CELSO MOREIRA HEREDIA,
    a/k/a "Patucho Celso,"

          Defendant.

---

26 Cr. 14 (LTS)

## NOTICE OF APPEARANCE

TO:    Clerk of the Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance on behalf

of the Government in the above-captioned case and to add him as a Filing User to whom Notices

of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
       June 29, 2026

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney for the
                  Southern District of New York

By:    _____
                  Jonathan L. Bodansky
                  Assistant United States Attorney
                  (212) 637-2385