**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO. 26-cr-00014-LTS**


**UNITED STATES OF AMERICA**

**v.**

**CELSO MOREIRA HEREDIA,**

      **Defendant.**
_____/

**NOTICE OF FILING CERTIFICATE OF GOOD STANDING IN RESPONSE**
**TO CLERK'S DEFICIENCY NOTICE**

The undersigned counsel, Silvia B. Piñera-Vazquez, respectfully submits this Notice in response to the Clerk's Deficiency Notice concerning counsel's Motion for Admission Pro *Hac Vice*.

Attached hereto as Exhibit "A" is the official Certificate of Good Standing issued by the Clerk of the Supreme Court of Florida, dated June 30, 2026, which cures the deficiency identified by the Clerk's Office.  Accordingly, undersigned counsel respectfully requests that the Court deem the deficiency satisfied and grant the pending Motion for Admission *Pro Hac Vice*.

Respectfully submitted,

**PIÑERA-VAZQUEZ LAW FIRM**
901 Ponce De Leon Blvd
Suite 400
Coral Gables, Florida  33134
T. 305.443.0629
E. Sbp@pineravazquezlaw.com


   /s/ Silvia B. Piñera-Vazquez
Silvia B. Piñera-Vazquez

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 6, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ Silvia B. Piñera-Vazquez
Silvia B. Piñera-Vazquez, Esq.