

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 21, 2026

**BY ECF**

The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    ***United States v. Celso Moreira Heredia*, 26 Cr. 14 (LTS)**

Dear Chief Judge Swain:

      Enclosed please find a proposed protective order relating to the production of material in the above-captioned matter.  The proposed order has been signed by the parties, and the Government respectfully submits it for the Court's consideration.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

    By:  /s/ *Jonathan L. Bodansky*
          Jonathan L. Bodansky
          Jane Y. Chong
          Jeffrey W. Coyle
          Assistant United States Attorneys
          (212) 637-2385 / -2263 /-2437

Enclosure

Cc:    Silvia Pinera-Vazquez, Esq.