UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CELSO MOREIRA HEREDIA,<br><br>Defendant. | **ECF CASE**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>26 Cr. 14 (LTS) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  /s/ Jane Y. Chong
     Jane Y. Chong
     Assistant United States Attorney
     (917) 763-3172
     jane.chong@usdoj.gov